## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Kiley T. Sock aka Kiley Thomas Sock      **BK NO. 18-02246 RNO**
       Melissa A. Sock aka Melissa Elliott

       **Debtors**        **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                   Respectfully submitted,

                   **/s/ James C. Warmbrodt, Esquire**
                   James C. Warmbrodt, Esquire
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   412-430-3594