UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Kiley T. Sock aka Kiley Thomas Sock : Case No. 5-18-bk-02246-RNO
Melissa A. Sock aka Melissa Elliott, :
:
Debtor :

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION DOMESTIC SUPPORT AND PREPETITION TAX RETURN FILING OBLIGATIONS

I, __Kiley T. Sock__ upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on __8-21-2018__.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 7/9/18          BY: /s/ Kiley T. Sock
                           Debtor    Kiley T. Sock

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Kiley T. Sock aka Kiley Thomas Sock : Case No. 5-18-bk-02246-RNO
Melissa A. Sock aka Melissa Elliott :
:
Debtor :

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION DOMESTIC SUPPORT AND PREPETITION TAX RETURN FILING OBLIGATIONS

I, __Melissa A. Sock__ upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on __8-21-2018__.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: __7/9/18__    BY: __Melissa Sock__
                        **Debtor**   Melissa Sock