```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 18-02246-RNO
Kiley T. Sock                                                      Chapter 13
Melissa A. Sock
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5     User: CKovach              Page 1 of 2               Date Rcvd: Jul 12, 2018
                         Form ID: ntcnfhrg          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db/jdb         Kiley T. Sock,    Melissa A. Sock,    502 Front St,    Warrior Run, PA 18706-1136
5066652        Barclays Bank Delaware,    c/o Phillips & Cohen Assoc LTD Mail,    1002 Justison St Stop 661,
                 Wilmington, DE 19801-5148
5066653        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5066654        Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
5066655        Bryan J. Polas, Esquire,    501 Corporate Drive Southpoint Ctr,    Ste 205,
                 Canonsburg, PA 15317
5077551        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5066658        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
5066659       +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5066649        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5066662        Dressbarn,    Retail Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
5066663        FirstSource Advantage LLC,    205 Bryant Woods S,    Amherst, NY 14228-3609
5066664        GM Financial Leasing,    PO Box 100,    Williamsville, NY 14231-0100
5066665        GM Financial Leasing,    PO Box 181145,    Arlington, TX 76096-1145
5066667        Kost Tire & Auto Services,    c/o CFNA,    PO Box 81315,    Cleveland, OH 44181-0315
5066668        MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5066670        Northstar Location Services, LLC,    4285 Genesee St,    Cheektowaga, NY 14225-1943
5066672        Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5066674        Quicken Loans,    PO Box 442359,    Detroit, MI 48244-2359
5066647        Sock Kiley T,    502 Front St,    Warrior Run, PA 18706-1136
5066648        Sock Melissa A,    502 Front St,    Warrior Run, PA 18706-1136
5066676        TD Bank USA NA,    700 Target Pkwy,    Brooklyn Park, MN 55445
5066677        The Palms Ctry Club & Resort Condominum,    Maintenance Fee Department,    PO Box 8526,
                 Coral Springs, FL 33075-8526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5066651        E-mail/Text: legal@arsnational.com Jul 12 2018 19:16:58     ARS National Services,
                 PO Box 469046,    Escondido, CA 92046-9046
5066650        E-mail/Text: seinhorn@ars-llc.biz Jul 12 2018 19:17:35     Ability Recovery Services LLC,
                 PO Box 4262,    Scranton, PA 18505-6262
5066657        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 19:29:38     Capital One,
                 PO Box 85619,    Richmond, VA 23285-5619
5066656        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 19:29:15     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5066660        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:17:01
                 Comenity Bank/Victoria's Secret,    PO Box 182273,    Columbus, OH 43218-2273
5066661        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:17:01
                 Comenity Capital Bank/Zales Jewelers,    PO Box 183003,    Columbus, OH 43218-3003
5066666        E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 19:16:53     Kohls/Captial One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
5066669        E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 19:28:55     Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
5066671        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 19:28:55
                 Portfolio Recovery Associates, LLC,    Disputes Department,    140 Corporate Blvd,
                 Norfolk, VA 23502-4952
5067525       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 19:40:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5083390       +E-mail/Text: bankruptcynotices@psecu.com Jul 12 2018 19:17:32     PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5066673        E-mail/Text: bankruptcynotices@psecu.com Jul 12 2018 19:17:32     PSECU,    1500 Elmerton Ave,
                 Harrisburg, PA 17110-9214
5079000       +E-Mail/Text: bankruptcyteam@quickenloans.com Jul 12 2018 19:17:24     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5066675        E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 19:29:36     Synchrony Bank/JCP,
                 PO Box 965007,    Orlando, FL 32896-5007
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Kiley T. Sock ldoran@dorananddoran.com,
           ldtripmail@yahoo.com
          Lisa M. Doran    on behalf of Debtor 2 Melissa A. Sock ldoran@dorananddoran.com,
           ldtripmail@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA | | |
|---|---|---|
| In re: | | |
| Kiley T. Sock,<br>aka Kiley Thomas Sock, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−02246−RNO |
| Melissa A. Sock,<br>aka Melissa Elliott, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 14, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 21, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 12, 2018 |

ntcnfhrg (03/18)