Local Bankruptcy Form 2016-2(c)

# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re: }
} Case Number 5-18-bk-02246-RNO
Kiley T. Sock aka Kiley Thomas Sock }
and Melissa Sock aka Melissa Elliott, } Chapter 13
}
Debtors }

**Request for Payment of Chapter 13 Compensation and Expenses**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part** B for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

A. Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor $
2. Less amount paid to attorney prior to filing petition $
3. Balance of compensation to be paid through plan distributions $
4. Expenses advanced to be paid through plan distributions:
   (describe expense and amount) $

B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received $ 600.00
2. Compensation earned prepetition and paid to attorney prior to filing petition $
3. Expenses reimbursed prepetition $
4. Balance in retainer after deduction of prepetition compensation and expenses $
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account $ 4,994.55

C. The undersigned hereby requests payment through the plan for Compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information Above: $ 4,394.55

Dated: August 20, 2018      /s/ *Lisa M. Doran*
                            Attorney for Debtor