Certificate Number: 06761-PAM-DE-031614833

Bankruptcy Case Number: 18-02246



06761-PAM-DE-031614833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2018, at 12:33 o'clock AM EDT, Kiley Sock completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 14, 2018   By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Manager

Certificate Number: 06761-PAM-DE-031604137

Bankruptcy Case Number: 18-02246


06761-PAM-DE-031604137

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2018, at 11:14 o'clock PM EDT, Melissa Sock completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 12, 2018   By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Manager