```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02246-RNO
Kiley T. Sock                                                       Chapter 13
Melissa A. Sock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach          Page 1 of 1          Date Rcvd: Nov 16, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
5095621         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Kiley T. Sock ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 2 Melissa A. Sock ldoran@dorananddoran.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| KILEY T. SOCK | : | CASE NO.: 5-18-bk-02246-RNO |
| aka KILEY THOMAS SOCK | : | |
| MELISSA A. SOCK | : | |
| aka MELISSA ELLIOTT | : | |
| Debtors | : | |
| | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| CREDIT FIRST NA | : | |
| aka KOST TIRE | : | |
| Claimant | : | |

ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 23 of Credit First NA, aka Kost Tire and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is

ORDERED that Trustee's Objection is SUSTAINED and Claim No. 23 of Credit First NA aka Kost Tire shall be deemed untimely filed.

Dated: November 14, 2018          By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)