**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR MELISSA A. SOCK**
**Pa. S. Ct. No. 48558**
**FL Bar No.: 0451207**

**LAW OFFICE**
**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone (570) 823-9400**
**Facsimile (570) 208-1400**
**E-Mail dh@lawofficeofdavidharris.com**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

IN RE:                                  :
                                        :
KILEY T. SOCK and MELISSA A. SOCK, :        Chapter 13
                                        :        Case No.: 5:18-bk-02246-RNO
                    Debtors        :

### PRAECIPE ENTERING APPEARANCE
### NOTICE UNDER BANKRUPTCY RULES 2002, 7007 AND 9010

PLEASE TAKE NOTICE, that the undersigned appears for MELISSA A. SOCK, the Debtor in the above case, and pursuant to Bankruptcy Rules 2002, 7007, and 9010, requests that any and all notices given or required to be given in this case and all paper served or required to be served in this case be given to and served upon the undersigned, at the address hereinafter stated.

THE UNDERSIGNED REQUESTS, that an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing of the notices.

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing requests include not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and letter transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to effect in any way the rights and obligations of MELISSA A.

SOCK or her property or proceedings to which she may claim or assert an interest in, any way, or which require any act, delivery of any property, payment or other contact by her.


February 11, 2019                                     /s/ David J. Harris, Esquire_____
                                                    DAVID J. HARRIS, ESQUIRE
                                                    Pa. S. Ct. 48558
                                                    Suite 700 - 69 Public Square
                                                    Wilkes-Barre, PA  18701
                                                    (570) 823-9400
                                                    dh@lawofficeofdavidharris.com

2