**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR DEBTOR MELISSA A. SOCK
Pa. S. Ct. No. 48558
FL Bar No.: 0451207

LAW OFFICE
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| KILEY T. SOCK and MELISSA A. SOCK, : | Chapter 13 |
| : | Case No.: 5:18-bk-02246-RNO |
| Debtors : | |

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 11th day of February, 2020, I served a true and correct copy of the of the attached Notice to Sever Jointly Filed Chapter 13 Case in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: February 11, 2020         By:   /s/ David J. Harris
       Wilkes-Barre, Pennsylvania              DAVID J. HARRIS, ESQUIRE

**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR DEBTOR MELISSA A. SOCK
Pa. S. Ct. No. 48558
FL Bar No.: 0451207

LAW OFFICE
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| KILEY T. SOCK and MELISSA A. SOCK, : | Chapter 13 |
| : | Case No.: 5:18-bk-02246-RNO |
| Debtors : | |

## NOTICE

The Debtor, MELISSA A. SOCK, by and through her counsel, David J. Harris, Esquire, filed a Motion to Sever Case on February 11, 2020 ("Motion"), seeking to sever her jointly filed case referenced by the case number above into a separate case.

If you object to the relief requested, you must file an objection or response by February 26, 2020 with the Clerk of Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, Pennsylvania 18701 and serve a copy on counsel for the Debtor, Melissa A. Sock, whose contact information is above.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

RESPECTFULLY SUBMITTED:

Dated: February 11, 2020        BY:   /s/ David J. Harris, Esquire

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Navient
PO Box 9635
Wilkes Barre, PA 18773-9635

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Northstar Location Services, LLC
4285 Genesee St
Cheektowaga, NY 14225-1943

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PSECU
1500 Elmerton Ave
Harrisburg, PA 17110-9214

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Account Services, Inc.
PO Box 188
Brentwood, TN 37024-0188

Quicken Loans
PO Box 442359
Detroit, MI 48244-2359

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Kiley T. Sock
502 Front St
Warrior Run, PA 18706-1136

Synchrony Bank/JCP
PO Box 965007
Orlando, FL 32896-5007

TD Bank USA NA
700 Target Pkwy
Brooklyn Park, MN 55445

The Palms Ctry Club & Resort Condominum
Maintenance Fee Department
PO Box 8526
Coral Springs, FL 33075-8526

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)BRM Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52