In re:  
Kiley T. Sock  
       Debtor

Case No. 18-02246-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 03, 2020  
                              Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
         #Melissa A. Sock,    502 Front St,    Warrior Run, PA 18706-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        David J. Harris    on behalf of Debtor 2 Melissa A. Sock dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com  
        James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        Lisa M. Doran    on behalf of Debtor 1 Kiley T. Sock ldoran@dorananddoran.com  
        Lisa M. Doran    on behalf of Debtor 2 Melissa A. Sock ldoran@dorananddoran.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
                                                                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KILEY T. SOCK and MELISSA A. SOCK,

          Debtors

Chapter 13
Case No.: 5:18-bk-02246-RNO

## ORDER GRANTING MOTION TO SEVER CASE

AND NOW, upon consideration of the Motion to Sever Case filed by the Debtor, MELISSA A. SOCK, it is hereby ORDERED and DECREED that the Motion to Sever Case is hereby granted and that the case of the Debtor, MELISSA A. SOCK, shall be severed from her existing case and shall be assigned the existing case number or a new case as directed by the Clerk of Courts.

Dated: March 3, 2020

By the Court,

*Robert N. Opel, II* [BI]

Robert N. Opel, II, Bankruptcy Judge