# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Kiley T Sock** | Case No. | **5:18-bk-02246** |
| | Debtor(s) | Chapter | **7** |

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **Capital One Bank**<br>PO Box 30281<br>Salt Lake City, UT 84130 | **Unsecured claims** | **2,341.00** |
| 2. | **Ollo Card Services**<br>PO Box 9222<br>Old Bethpage, NY 11804 | **Unsecured claims** | **1,181.00** |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

| Date | **March 10, 2020** | Signature | **/s/ Kiley T Sock**<br>**Kiley T Sock**<br>Debtor |
|---|---|---|---|

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.