# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kiley T Sock                              |Personnel Number..... 00645289
|502 Front Street                          |Probation & Parole
|Warrior Run PA  18706                     |Pay Period.. 02/01/2020 - 02/14/2020
|                                          |Fed Tax Status: Single
|                                          |Fed Tax Allowances: 00   Period: 05/2020
|B/U:G4    Group:07   Level:10             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2020 | 1,568.80 | = | 2,524.80 | + | 0.00 | - | 617.61 | - | 338.39 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.56 | 80.00 | 2,524.80 | 10,667.28 |
| Annual Leave Pay | | | | 1,199.28 |
| Holiday/Comp lieu Holiday | | | | 757.44 |
| Total Gross | | | 2,524.80 | 12,624.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 314.41 | 1,572.05 |
| TX EE Social Security Tax | 156.54 | 782.69 |
| TX EE Medicare Tax | 36.61 | 183.05 |
| State            Pennsylvania | | |
| TX Withholding Tax | 77.51 | 387.55 |
| TX EE Unemployment Tax | 1.51 | 7.57 |
| Local            Scranton | | |
| TX Local Services Tax | 5.78 | 28.90 |
| Local            Warrior Run Borough | | |
| TX Withholding Tax | 25.25 | 126.25 |
| EE Taxes | 617.61 | 3,088.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Deferred Compensation | 88.37 | 441.85 |
| Disability Ins-Trustmark | 22.00 | 110.00 |
| Supplemental Life Ins | 7.02 | 34.14 |
| Long Term Disability Ins | 13.68 | 66.30 |
| Short Term Dis Ins | 11.65 | 56.48 |
| AFSCME - 13 Union Dues | 37.87 | 189.35 |
| Full Cov Cls AA/Cat 1,6,8 | 157.80 | 789.00 |
| Total Deductions | 338.39 | 1,687.12 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,568.80 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 156.54 |
| TX ER Medicare Tax | 36.61 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 58.61 |
| PR Non-Covered Medical H | 486.00 |
| ER-SERS | 995.28 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,278.63 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kiley T Sock                                    |Personnel Number..... 00645289
|502 Front Street                                |Probation & Parole
|Warrior Run PA 18706                            |Pay Period.. 01/18/2020 - 01/31/2020
|                                                |Fed Tax Status: Single
|                                                |Fed Tax Allowances: 00   Period: 04/2020
|B/U:G4    Group:07    Level:10                  |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/14/2020 | 1,568.79 | = | 2,524.80 | + | 0.00 | - | 617.62 | - | 338.39 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.56 | 66.00 | 2,082.96 | 8,142.48 |
| Annual Leave Pay | 31.56 | 6.00 | 189.36 | 1,199.28 |
| Holiday/Comp lieu Holiday | 31.56 | 8.00 | 252.48 | 757.44 |
| Total Gross | | | 2,524.80 | 10,099.20 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 314.41 | 1,257.64 |
| TX EE Social Security Tax | 156.54 | 626.15 |
| TX EE Medicare Tax | 36.61 | 146.44 |
| State             Pennsylvania | | |
| TX Withholding Tax | 77.51 | 310.04 |
| TX EE Unemployment Tax | 1.52 | 6.06 |
| Local             Scranton | | |
| TX Local Services Tax | 5.78 | 23.12 |
| Local             Warrior Run Borough | | |
| TX Withholding Tax | 25.25 | 101.00 |
| EE Taxes | 617.62 | 2,470.45 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Deferred Compensation | 88.37 | 353.48 |
| Disability Ins-Trustmark | 22.00 | 88.00 |
| Supplemental Life Ins | 7.02 | 27.12 |
| Long Term Disability Ins | 13.68 | 52.62 |
| Short Term Dis Ins | 11.65 | 44.83 |
| AFSCME - 13 Union Dues | 37.87 | 151.48 |
| Full Cov Cls AA/Cat 1,6,8 | 157.80 | 631.20 |
| Total Deductions | 338.39 | 1,348.73 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,568.79 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 156.54 |
| TX ER Medicare Tax | 36.61 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 58.61 |
| PR Non-Covered Medical H | 486.00 |
| ER-SERS | 995.28 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,278.63 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kiley T Sock                              Personnel Number..... 00645289
502 Front Street                          Probation & Parole
Warrior Run PA  18706                     Pay Period.. 01/04/2020 - 01/17/2020
                                          Fed Tax Status: Single
                                          Fed Tax Allowances: 00    Period: 03/2020
B/U:G4    Group:07    Level:10
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 01/31/2020 | 1,570.42 | 2,524.80 | 0.00 | 617.60 | 336.78 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.56 | 80.00 | 2,524.80 | 6,059.52 |
| Annual Leave Pay | | | | 1,009.92 |
| Holiday/Comp lieu Holiday | | | | 504.96 |
| Total Gross | | | 2,524.80 | 7,574.40 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 314.41 | 943.23 |
| TX EE Social Security Tax | 156.53 | 469.61 |
| TX EE Medicare Tax | 36.61 | 109.83 |
| State           Pennsylvania | | |
| TX Withholding Tax | 77.51 | 232.53 |
| TX EE Unemployment Tax | 1.51 | 4.54 |
| Local           Scranton | | |
| TX Local Services Tax | 5.78 | 17.34 |
| Local           Warrior Run Borough | | |
| TX Withholding Tax | 25.25 | 75.75 |
| EE Taxes | 617.60 | 1,852.83 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Deferred Compensation | 88.37 | 265.11 |
| Disability Ins-Trustmark | 22.00 | 66.00 |
| Supplemental Life Ins | 6.70 | 20.10 |
| Long Term Disability Ins | 12.98 | 38.94 |
| Short Term Dis Ins | 11.06 | 33.18 |
| AFSCME - 13 Union Dues | 37.87 | 113.61 |
| Full Cov Cls AA/Cat 1,6,8 | 157.80 | 473.40 |
| Total Deductions | 336.78 | 1,010.34 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 5:18-bk-02246-RNO    Doc 47    Filed 03/10/20    Entered 03/10/20 18:56:17    Desc
Main Document    Page 5 of 10

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,570.42 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 156.53 |
| TX ER Medicare Tax | 36.61 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 58.61 |
| PR Non-Covered Medical H | 486.00 |
| ER-SERS | 995.28 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,278.63 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kiley T Sock                                  Personnel Number..... 00645289
502 Front Street                              Probation & Parole
Warrior Run PA 18706                          Pay Period.. 12/21/2019 - 01/03/2020
                                              Fed Tax Status: Single
                                              Fed Tax Allowances: 00   Period: 02/2020
B/U:G4     Group:07   Level:10
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | 1,570.40 | = | 2,524.80 | + | 0.00 | - | 617.62 | - | 336.78 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.56 | 48.00 | 1,514.88 | 3,787.20 |
| Annual Leave Pay | 31.56 | 24.00 | 757.44 | 1,009.92 |
| Holiday/Comp lieu Holiday | 31.56 | 8.00 | 252.48 | 252.48 |
| Total Gross | | | 2,524.80 | 5,049.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 314.41 | 628.82 |
| TX EE Social Security Tax | 156.54 | 313.08 |
| TX EE Medicare Tax | 36.61 | 73.22 |
| State           Pennsylvania | | |
| TX Withholding Tax | 77.51 | 155.02 |
| TX EE Unemployment Tax | 1.52 | 3.03 |
| Local           Scranton | | |
| TX Local Services Tax | 5.78 | 11.56 |
| Local           Warrior Run Borough | | |
| TX Withholding Tax | 25.25 | 50.50 |
| EE Taxes | 617.62 | 1,235.23 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Deferred Compensation | 88.37 | 176.74 |
| Disability Ins-Trustmark | 22.00 | 44.00 |
| Supplemental Life Ins | 6.70 | 13.40 |
| Long Term Disability Ins | 12.98 | 25.96 |
| Short Term Dis Ins | 11.06 | 22.12 |
| AFSCME - 13 Union Dues | 37.87 | 75.74 |
| Full Cov Cls AA/Cat 1,6,8 | 157.80 | 315.60 |
| Total Deductions | 336.78 | 673.56 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,570.40 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 156.54 |
| TX ER Medicare Tax | 36.61 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 58.61 |
| PR Non-Covered Medical H | 486.00 |
| ER-SERS | 995.28 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,278.63 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | 23 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kiley T Sock                              |Personnel Number..... 00645289         |
|502 Front Street                          |Probation & Parole                     |
|Warrior Run PA  18706                     |Pay Period.. 12/07/2019 - 12/20/2019   |
|                                          |Fed Tax Status: Single                 |
|                                          |Fed Tax Allowances: 00   Period: 01/2020|
|B/U:G4     Group:07    Level:10           |                                       |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | 1,570.41 = | 2,524.80 | + | 0.00 | - | 617.61 | - | 336.78 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.56 | 80.00 | 2,524.80 | 2,272.32 |
| Annual Leave Pay | | | | 252.48 |
| Total Gross | | | 2,524.80 | 2,524.80 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 314.41 | 314.41 |
| TX EE Social Security Tax | 156.54 | 156.54 |
| TX EE Medicare Tax | 36.61 | 36.61 |
| State          Pennsylvania | | |
| TX Withholding Tax | 77.51 | 77.51 |
| TX EE Unemployment Tax | 1.51 | 1.51 |
| Local          Scranton | | |
| TX Local Services Tax | 5.78 | 5.78 |
| Local          Warrior Run Borough | | |
| TX Withholding Tax | 25.25 | 25.25 |
| EE Taxes | 617.61 | 617.61 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Deferred Compensation | 88.37 | 88.37 |
| Disability Ins-Trustmark | 22.00 | 22.00 |
| Supplemental Life Ins | 6.70 | 6.70 |
| Long Term Disability Ins | 12.98 | 12.98 |
| Short Term Dis Ins | 11.06 | 11.06 |
| AFSCME - 13 Union Dues | 37.87 | 37.87 |
| Full Cov Cls AA/Cat 1,6,8 | 157.80 | 157.80 |
| Total Deductions | 336.78 | 336.78 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,570.41 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 156.54 |
| TX ER Medicare Tax | 36.61 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 58.61 |
| PR Non-Covered Medical H | 486.00 |
| ER-SERS | 995.28 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,278.63 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|