```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-02246-RNO
Kiley T. Sock                                                             Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke            Page 1 of 1            Date Rcvd: Mar 11, 2020
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              Kiley T. Sock,    502 Front St,    Warrior Run, PA   18706-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Kiley T. Sock ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 1 Melissa A. Sock ldoran@dorananddoran.com
              Robert  Spielman    on behalf of Debtor 1 Kiley T. Sock bobspielman@yahoo.com,    rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re                                        Case No5:18-bk-02246

Kiley T Sock

    Debtor

ORDER

Upon consideration of the praecipe to convert this case from a case under Chapter 13, Title 11, United States Code, to a case under Chapter 7, Title 11, United States Code, this case is hereby converted to a case under Title 11, Chapter 7, United States Code.

Dated:  March 11, 2020                  By the Court,

                                                                Robert N. Opel, II, Bankruptcy Judge  BI