Certificate Number: 17572-PAM-DE-034240959

Bankruptcy Case Number: 18-02246



17572-PAM-DE-034240959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2020</u>, at <u>2:32</u> o'clock <u>PM PDT</u>, <u>Kiley T Sock</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 16, 2020</u>　　　By: <u>/s/Shelene Manzi</u>

　　　　　　　　　　　　　　　Name: <u>Shelene Manzi</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>