```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-02246-RNO
Kiley T. Sock                                                       Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Jul 08, 2020
                              Form ID: 318                 Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
```
db              Kiley T. Sock,    502 Front St,    Warrior Run, PA 18706-1136
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
5091909        +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington TX 76096-3853
5066652         Barclays Bank Delaware,    c/o Phillips & Cohen Assoc LTD Mail,    1002 Justison St Stop 661,
                 Wilmington, DE 19801-5148
5066654         Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
5066655         Bryan J. Polas, Esquire,    501 Corporate Drive Southpoint Ctr,    Ste 205,
                 Canonsburg, PA 15317
5066649         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5066662         Dressbarn,   Retail Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
5066664         GM Financial Leasing,    PO Box 100,    Williamsville, NY 14231-0100
5066665         GM Financial Leasing,    PO Box 181145,    Arlington, TX 76096-1145
5066668         MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5066670         Northstar Location Services, LLC,    4285 Genesee St,    Cheektowaga, NY 14225-1943
5066672         Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5066674         Quicken Loans,    PO Box 442359,    Detroit, MI 48244-2359
5066647         Sock Kiley T,    502 Front St,    Warrior Run, PA 18706-1136
5066648         Sock Melissa A,    502 Front St,    Warrior Run, PA 18706-1136
5066676         TD Bank USA NA,    700 Target Pkwy,    Brooklyn Park, MN 55445
5066677         The Palms Ctry Club & Resort Condominum,    Maintenance Fee Department,    PO Box 8526,
                 Coral Springs, FL 33075-8526
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5066651         EDI: ARSN.COM Jul 08 2020 23:38:00     ARS National Services,    PO Box 469046,
                 Escondido, CA 92046-9046
5066650         E-mail/Text: mnapoletano@ars-llc.biz Jul 08 2020 19:38:00     Ability Recovery Services LLC,
                 PO Box 4262,   Scranton, PA 18505-6262
5066653         EDI: TSYS2.COM Jul 08 2020 23:38:00     Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
5066657         EDI: CAPITALONE.COM Jul 08 2020 23:38:00     Capital One,    PO Box 85619,
                 Richmond, VA 23285-5619
5066656         EDI: CAPITALONE.COM Jul 08 2020 23:38:00     Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
5312403        +EDI: CAPITALONE.COM Jul 08 2020 23:38:00     Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
5077551         EDI: BL-BECKET.COM Jul 08 2020 23:38:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
5066659        +E-mail/Text: mediamanagers@clientservices.com Jul 08 2020 19:37:38     Client Services, Inc.,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5066660         EDI: WFNNB.COM Jul 08 2020 23:38:00     Comenity Bank/Victoria's Secret,    PO Box 182273,
                 Columbus, OH 43218-2273
5066661         EDI: WFNNB.COM Jul 08 2020 23:38:00     Comenity Capital Bank/Zales Jewelers,    PO Box 183003,
                 Columbus, OH 43218-3003
5095621         EDI: CRFRSTNA.COM Jul 08 2020 23:38:00     Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
5066663         EDI: FSAE.COM Jul 08 2020 23:38:00     FirstSource Advantage LLC,    205 Bryant Woods S,
                 Amherst, NY 14228-3609
5066658         EDI: JPMORGANCHASE Jul 08 2020 23:38:00     Chase,    PO Box 15298,   Wilmington, DE 19850-5298
5066666         E-mail/Text: bncnotices@becket-lee.com Jul 08 2020 19:37:42     Kohls/Captial One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
5066667         EDI: CRFRSTNA.COM Jul 08 2020 23:38:00     Kost Tire & Auto Services,    c/o CFNA,
                 PO Box 81315,    Cleveland, OH 44181-0315
5093472        +EDI: MID8.COM Jul 08 2020 23:38:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5087034        +EDI: MID8.COM Jul 08 2020 23:38:00     Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5066669         EDI: NAVIENTFKASMSERV.COM Jul 08 2020 23:38:00     Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
5093674         EDI: NAVIENTFKASMSERV.COM Jul 08 2020 23:38:00     Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5312404        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 08 2020 19:44:08     Ollo Card Services,
                 PO Box 9222,    Old Bethpage, NY 11804-9222
5066671         EDI: PRA.COM Jul 08 2020 23:38:00     Portfolio Recovery Associates, LLC,    Disputes Department,
                 140 Corporate Blvd,    Norfolk, VA 23502-4952
5090554         EDI: PRA.COM Jul 08 2020 23:38:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5067525        +EDI: PRA.COM Jul 08 2020 23:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5083390        +E-mail/Text: bankruptcynotices@psecu.com Jul 08 2020 19:37:58     PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5066673         E-mail/Text: bankruptcynotices@psecu.com Jul 08 2020 19:37:58     PSECU,    1500 Elmerton Ave,
                 Harrisburg, PA 17110-9214
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5079000          +E-mail/Text: bankruptcyteam@quickenloans.com Jul 08 2020 19:37:55      Quicken Loans Inc.,
                  635 Woodward Avenue,   Detroit, MI 48226-3408
5066675          EDI: RMSC.COM Jul 08 2020 23:38:00      Synchrony Bank/JCP,   PO Box 965007,
                  Orlando, FL  32896-5007
5093027          EDI: ECAST.COM Jul 08 2020 23:38:00      eCAST Settlement Corporation,   PO Box 29262,
                  New York NY 10087-9262
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5092144*         ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              David J. Harris    on behalf of Debtor 1 Melissa A. Sock dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Robert  Spielman    on behalf of Debtor 1 Kiley T. Sock bobspielman@yahoo.com,    rssecty@yahoo.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                                TOTAL: 6
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Kiley T. Sock<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9053<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  5:18–bk–02246–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kiley T. Sock
aka Kiley Thomas Sock

**By the court:** *Robt N. Opel II*

7/8/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　　**Order of Discharge**　　　　　　　　　page 2